IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH JOHNSON, JR., <br> TDCJ-CID #01758171, <br><br> *Plaintiff*, <br><br> v. <br><br> DANNY EASTERLING, *et al.*, <br><br> *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. H-18-3016 |

**FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the ___11th___ day of September, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE